Case 4:25-cv-00307   Document 17   Filed on 04/07/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 07, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PAUL SAMPSON, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:25-CV-00307 |
| § | |
| ANYONG, LTD., § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL ON STIPULATION

Parties in the above styled and numbered cause of action have filed a Stipulation of Dismissal with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (Dkt. No. 16).

Accordingly, it is Ordered that this case is dismissed with prejudice, with each party to bear its own costs.

SIGNED on April 7, 2025, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge